UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF QATAR,<br><br>                               Plaintiff,<br><br>v.<br><br>FIRST ABU DHABI BANK PJSC,<br>SAMBA FINANCIAL GROUP SJSC,<br>AND JOHN DOE<br>DEFENDANTS 1–20,<br><br>                               Defendants. | No. 19 Civ. 5567<br><br>**CONSENT TO REMOVAL** |

PLEASE TAKE NOTICE THAT, without waiving any of its defenses or any other rights, and to the extent the Court construes the notice filed today by Defendant Samba Financial Group SJSC ("Samba Bank") as an independent notice of removal requiring the consent of all defendants under 28 U.S.C. § 1446(b)(2)(A), Defendant First Abu Dhabi Bank PJSC hereby consents to and joins in the Notice of Removal of this action from the Supreme Court of the State of New York, New York County, to the United States District Court for the Southern District of New York filed by Samba Bank on June 14, 2019.

Dated: June 14, 2019
       New York, New York

AKIN GUMP STRAUSS HAUER & FELD LLP

By: _____
Robert H. Pees
M. Christine Slavik

One Bryant Park
New York, NY 10036
(212) 872-1000
E-mail: rpees@akingump.com
E-mail: cslavik@akingump.com

*Attorneys for Defendant*
*First Abu Dhabi Bank SJSC*