## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STATE OF QATAR,<br><br>                              Plaintiff,<br><br>       vs.<br><br>FIRST ABU DHABI BANK PJSC,<br>SAMBA FINANCIAL GROUP SJSC,<br>AND JOHN DOE<br>DEFENDANTS 1–20,<br><br>                              Defendants. | No. 19 Civ. 5567 (AJN) |

### DEFENDANT FIRST ABU DHABI BANK PJSC'S NOTICE OF JOINDER IN SAMBA FINANCIAL GROUP SJSC'S OPPOSITION TO PLAINTIFF'S MOTION TO REMAND

PLEASE TAKE NOTICE THAT, without waiving any of its defenses or any other rights, Defendant First Abu Dhabi Bank PJSC ("FAB") hereby joins in Defendant Samba Financial Group SJSC's opposition to Plaintiff's motion to remand.  For the reasons stated in the Memorandum of Law in Opposition to Plaintiff's Motion to Remand (Dkt. No. 29) filed by Defendant Samba Financial Group SJSC, FAB respectfully requests that this Court deny Plaintiff's motion to remand the above-captioned case to New York State Court.

FAB further states that, although the Complaint's allegations of "financial warfare" and geopolitical strife among sovereigns justify removing the case to federal court, the allegations themselves are substantively meritless.  Preserving all of its rights and defenses, FAB will contest vigorously the allegations that it participated in any "schemes" arising out of a so-called "illicit blockade of Qatar."  And FAB explicitly denies that it is part of any "campaign of financial warfare against Qatar."

Dated:	August 26, 2019
	New York, New York

**AKIN GUMP STRAUSS HAUER & FELD LLP**

By:	 /s/ Robert H. Pees
	Robert H. Pees
	One Bryant Park
	New York, NY 10036
	Telephone: (212) 872-1000
	Facsimile: (212) 872-1002
	Email: rpees@akingump.com

	*Counsel for Defendant*
	*First Abu Dhabi Bank PJSC*