UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| STATE OF QATAR,<br><br>                               *Plaintiff*,<br><br>v.<br><br>FIRST ABU DHABI BANK PJSC, SAMBA FINANCIAL GROUP SJSC, AND JOHN DOE DEFENDANTS 1–20,<br><br>                               *Defendants*. | Case No. 1:19-cv-05567 (AJN) (JLC) |

### REPLY DECLARATION OF GEOFFREY R. CHEPIGA
### IN SUPPORT OF PLAINTIFF'S MOTION TO REMAND

Geoffrey R. Chepiga hereby declares, pursuant to 28 U.S.C. § 1746:

I am a member of the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, and a member in good standing of the bar of the State of New York and this Court. I submit this reply declaration in support of Plaintiff State of Qatar's Motion to Remand.

1. Attached hereto as Exhibit 1 is a copy of the First Abu Dhabi Bank PJSC ("FAB") Head Office License, as published by FAB at https://www.bankfab.com/-/media/fabgroup/home/about-fab/corporate-governance/corporate-governance-framework/corporate-governance-fw-pdfs/stakeholders/central-bank-licence.pdf?view=1 (last visited Sept. 24, 2019).

2. Attached hereto as Exhibit 2 is an excerpted copy of the Samba Financial Group SJSC ("Samba") Articles of Association, as published in full by Samba at https://www.samba.com/en/pdf/compliance-statements/Articles_Association.pdf (last visited Sept. 24, 2019).

3. Attached hereto as Exhibit 3 is a copy of the FAB Group Board Charter,

as published by FAB at https://www.bankfab.com/-/media/fabgroup/home/about-fab/corporate-governance/corporate-governance-framework/corporate-governance-fw-pdfs/boardofdirectors/board-charter.pdf?view=1 (last visited Sept. 24, 2019).

      4.      Attached hereto as Exhibit 4 is an excerpted copy of the Samba Consolidated Financial Statements and Auditor's Report for the Year Ended December 31, 2018, as published in full by Samba at https://www.samba.com/en/pdf/financial-reports/Financial_Statements_2018_En.pdf (last visited Sept. 24, 2019).

      5.      Attached hereto as Exhibit 5 is a copy of the FAB Annual Review for 2018, as published by FAB at https://www.bankfab.com/-/media/fabgroup/home/about-fab/investor-relations/pdfs/2018-annual-review.pdf?view=1 (last visited Sept. 24, 2019).

      6.      Attached hereto as Exhibit 6 is a copy of the Saudi Arabian Monetary Authority ("SAMA") Charter, as published by SAMA at http://www.sama.gov.sa/en-US/Laws/Pages/BankingLaws.aspx (last visited Sept. 24, 2019).

      7.      Attached hereto as Exhibit 7 is an excerpted copy of the United Arab Emirates ("UAE") Decretal Federal Law No. (14) of 2018, as published in full by the UAE Ministry of Finance at https://www.mof.gov.ae/en/lawsAndPolitics/govLaws/Documents/Decretal%20Federal%20Law%20No.%20%2814%29%20of%202018%20Regarding%20the%20Central%20Bank.pdf (last visited Sept. 24, 2019).

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  New York, New York
          September 25, 2019

                                                        Geoffrey R. Chepiga