# Exhibit 1



# CENTRAL BANK OF THE U.A.E.

Date: 17/08/2017

Ref : 13/1276 /2017

التاريخ: 2017/08/17

الإشارة : 2017/1276/13

### (Head Office Licence)

### First Abu Dhabi Bank

(رخصة المقر الرئيسي)

بنك أبوظبي الأوّل

The Bank, having undertaken to comply in every respect with the contents of Union Law No. (10) of 1980 concerning the Central Bank, the Monetary System and Organization of Banking, is hereby licensed as a commercial bank in the United Arab Emirates at the under-mentioned address:-

بما أن البنك قد تعهد بالتقيد بكل ما نص عليه القانون الاتحادي رقم (10) لسنة 1980 بشأن المصرف المركزي والنظام النقدي وتنظيم المهنة المصرفية ، فقد صرح له بموجب هذه الرخصة كمصرف تجاري في دولة الإمارات العربية المتحدة في العنوان التالي :-

**FAB Building**
**Khalifa Business Park**
**Al Qurm**
**Abu Dhabi**

بناية بنك أبوظبي الأول
مجمع خليفة للأعمال
القرم
أبوظبي

The bank may conduct banking activities at the above mentioned location with effect from today until further notice.

ومزاولة الأعمال المصرفية في المقر المذكور أعلاه اعتبارا من تاريخه وحتى إشعار آخر.

سيف هادف الشامسي
مساعد المحافظ
لشؤون السياسة النقدية والرقابة على البنوك
**Saif Hadef Al Shamsi**
**Assistant Governor**
**Monetary Policy & Banking Supervision Affairs**

* Issued in place of licences No. 13/694/2003 dated 16/4/2003 and 13/448/2005 dated 7/3/2005 due to merger of the two banks and relocation .

* أصدرت بدلا عن الرخص رقم 13/694/2003 بتاريخ 2003/4/16 و 13/448/2005 بتاريخ 2005/3/7 بسبب دمج البنكين و نقل المقر.

com/licc/lb/NBAD/HO