UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
State of Qatar,
                          Plaintiff,

        -against-                                     19 **CIVIL** 5567 (AJN)

                                                          **JUDGMENT**

First Abu Dhabi Bank PJSC, et al.,
                        Defendants.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated January 14, 2020, the Banks have not satisfied their burden to demonstrate that the Court has subject-matter jurisdiction to hear this case. The Defendants' Motion to Remand is thus GRANTED and this case is remanded to the New York Supreme Court, New York County; accordingly, the case is closed.

**Dated:** New York, New York
           January 15, 2020

                                                           **RUBY J. KRAJICK**
                                                           **Clerk of Court**
                               **BY:**
                                                           **Deputy Clerk**